## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

FILED by _HH_ D.C.

MAY 04 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 27, 2011

Thomas G. Rohback
Axinn, Veltrop & Harkrider LLP
90 STATE HOUSE SQ
HARTFORD, CT 06103-3708

Alan Rosenthal
Carlton Fields, PA
100 SE 2ND ST STE 4200
MIAMI, FL 33131-2148

Appeal Number: 11-10106-BB
Case Style: Allison Nelson v. Mead Johnson & Company
District Court Docket No: 0:09-cv-61625-JIC

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Janet K. Spradlin, BB
Phone #: (404) 335-6178

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 11-10106-BB

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 27 2011
JOHN LEY
CLERK

ALLISON NELSON, on behalf of herself and others similarly situated,

Plaintiff - Appellee

versus

MEAD JOHNSON & COMPANY,

Defendant - Appellant

Appeal from the United States District Court
for the Southern District of Florida

ORDER:

Joint motion to stay pending final approval of class settlement is *granted*.

*/s/ J.L. Edmondson*
UNITED STATES CIRCUIT JUDGE